NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICKY D. HANGARTNER,**
*Plaintiff-Appellant*

**v.**

**INTEL CORPORATION,**
*Defendant-Appellee*

---

2015-1293

---

Appeal from the United States District Court for the District of Oregon in No. 3:14-cv-00141-MO, Judge Michael W. Mosman.

---

**JUDGMENT**

---

PHILIP P. MANN, Mann Law Group, Seattle, WA, argued for plaintiff-appellant. Also represented by TIMOTHY JOHN BILLICK, I; JOHN WHITAKER, Whitaker Law Group, Seattle, WA.

DAVID JOHN BURMAN, Perkins Coie, LLP, Seattle, WA, argued for defendant-appellee. Also represented by JONATHAN LEE MCFARLAND, CHRISTINA JORDAN MCCULLOUGH; DAVID R. PEKAREK KROHN, Madison, WI.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 January 8, 2016          /s/  Daniel  E.  O'Toole
        Date                  Daniel E. O'Toole
                               Clerk of Court